UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

YIBIN TAN and JIN LIAN CHEN,

Defendants.

23 Crim. 00015 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      WHEREAS, the Government has requested 45 days to complete discovery in the above-captioned action;

      WHEREAS, counsel for Defendants do not object to the Government's request;

      IT IS HEREBY ORDERED that discovery in the above-captioned action shall be produced on a rolling basis and shall be completed by February 27, 2023.

Dated: January 13, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge