USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

YIBIN TAN and JIN LIAN CHEN,

                    Defendants.

23 Crim. 00015 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    The Court has been informed that Defendant Yibin Tan may wish to enter a change of plea.  Accordingly, IT IS HEREBY ORDERED that, at **2:30 P.M. on April 24, 2023**, a conference shall take place in Courtroom 12B, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: April 20, 2023
       New York, New York

                                                _____
                                                JENNIFER H. REARDEN
                                                United States District Judge