USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 23 Crim. 00015 (JHR) |
| YIBIN TAN and JIN LIAN CHEN, | ORDER |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Jin Lian Chen may wish to enter a change of plea. Accordingly, IT IS HEREBY ORDERED that, at **11:30 A.M. on June 26, 2023**, a proceeding shall take place in Courtroom 12B, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: May 17, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge