USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>YIBIN TAN and JIN LIAN CHEN,<br>                              Defendants. | 23 Cr. 00015 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

IT IS HEREBY ORDERED that counsel for the parties shall appear for a status conference, via telephone, at 12:15 p.m. on June 15, 2023. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 226 108 497#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: June 6, 2023
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge