UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>YIBIN TAN and JIN LIAN CHEN,<br>                              Defendants. | 23 Cr. 15 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of the parties' joint letter dated September 7, 2023.  ECF No. 47. Defendant Yibin Tan's sentencing will be held on **November 28, 2023** at **12:15 p.m.**  Defendant Jin Lian Chen's sentencing will be held on **November 30, 2023** at **11:30 a.m.**  Both proceedings will take place in Courtroom 12B, 500 Pearl Street, New York, NY 10007.

To accommodate counsel's trial schedule, and in light of the Thanksgiving holiday, Defendant Tan's sentencing submission is due on **October 19, 2023**.  The Government's submission is due on **October 26, 2023**.

The deadlines for the sentencing submissions as to Defendant Chen remain unchanged. *See* June 26, 2023 Minute Entry.

SO ORDERED.

Dated: September 11, 2023
       New York, New York

JENNIFER H. REARDEN
United States District Judge