UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v.-<br><br>YIBIN TAN,<br><br>                      Defendant. | 23 Cr. 00015 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On November 28, 2023, the Court sentenced Defendant Yibin Tan to a term of 40 months' imprisonment. The Court ordered Mr. Tan to surrender for service of his sentence on January 31, 2024. ECF No. 57.

In light of directives issued on January 18, 2024 at the sentencing of Jin Lian Chen (Mr. Tan's spouse and co-Defendant), and with the Government's consent, Mr. Tan's voluntary surrender to a facility designated by the Bureau of Prisons is hereby ADJOURNED to Monday, November 17, 2025 before 2:00 p.m.

SO ORDERED.

Dated: January 18, 2024
       New York, New York

<em>[signature]</em><br>
JENNIFER H. REARDEN<br>
United States District Judge